

ORIGINAL

IN THE SUPREME COURT OF THE STATE OF MONTANA

OP 21-0335

FILED

07/16/2021

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: OP 21-0335

B.D. and J.D.,

   Petitioners,

  v.

THIRTEENTH JUDICIAL DISTRICT,
YELLOWSTONE COUNTY,
HONORABLE ROD SOUZA, Presiding,

   Respondent.

O R D E R

FILED

JUL 1 6 2021

Bowen Greenwood
Clerk of Supreme Court
State of Montana

Petitioners B.D. and J.D., via counsel, seek a writ of supervisory control to reverse an order of the Thirteenth Judicial District Court, Yellowstone County, in Cause Nos. DN-18-411 and DN-19-194, that denied their motions to intervene. Petitioners maintain the court erred in concluding that Petitioners, the foster parents of the youths who are the subject of those proceedings, are not entitled to intervene under § 41-3-422(9)(b), MCA.

Having reviewed the Petition and the challenged Order, this Court deems it appropriate to obtain a summary response. Therefore, in accordance with M. R. App. P. 14(7),

IT IS ORDERED that the Thirteenth Judicial District Court and the State of Montana, or both, are each granted thirty days from the date of this Order, to prepare, file, and serve a response(s) to the petition for writ of supervisory control.

The Clerk is directed to provide immediate notice of this Order to counsel for Petitioner, all counsel of record in the Thirteenth Judicial District Court, Yellowstone County, Cause Nos. DN-18-411 and DN-19-194, and the Honorable Rod Souza, presiding.

DATED this 16th day of July, 2021.

For the Court,

By _____
     Justice